## RECONSIDERATION DOCKET

**96–2301.   State v. Palmer.**
Belmont App. No. 89–B–28.   Reported at 80 Ohio St.3d 543, 687 N.E.2d 685.   On motion for reconsideration.   Motion denied.

**97–422.   Blessing v. Blessing.**
Ottawa App. No. OT–96–016.   Reported at 80 Ohio St.3d 428, 687 N.E.2d 405.   On motion for reconsideration.   Motion denied.
DOUGLAS, J., not participating.

**97–873.   Columbus Bar Assn. v. Finneran.**
Reported at 80 Ohio St.3d 428, 687 N.E.2d 405.   On motion for reconsideration.   Motion denied.
LUNDBERG STRATTON, J., not participating.

**97–1399.   State ex rel. Sohi v. Williams.**
Franklin App. No. 96APD05–687.   Reported at 80 Ohio St.3d 492, 687 N.E.2d 454.   On motion for reconsideration.   Motion denied.